IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUAN SIERRA,

       Petitioner,

vs.                                   CASE NO. 5:07cv36/RS-MD

DEPARTMENT OF HOMELAND SECURITY,

       Respondent.
_____/

## ORDER

Before me is Magistrate Judge's Report and Recommendation (Doc. 25). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1), as supplemented by Doc. 22, is dismissed.

3. The clerk is directed to close the file.

**ORDERED** on May 21, 2008.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**