**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JUAN SIERRA,

    Petitioner,

vs.                                        CASE NO. 5:07cv36/RS-MD

DEPARTMENT OF HOMELAND SECURITY,
U.S. Immigration And Customs, Orlando
Detention And Removals,

    Respondent.
_____/

## **ORDER**

Plaintiff's Motion To Seal Filing (Doc. 28) is denied as moot.

**ORDERED** on October 14, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK
                                        UNITED STATES DISTRICT JUDGE**